■ BETH S. SCHARFMAN, Respondent-Appellant, v GERALD B. SCHARFMAN, Appellant-Respondent. — In a matrimonial action, the parties cross-appeal from a judgment of the Supreme Court, Nassau County (Oppido, J.), dated May 12, 1982, which, *inter alia,* awarded custody of the parties' child to the plaintiff but denied plaintiff's request for child support, without prejudice to renew. Judgment affirmed, without costs or disbursements. In order to resolve the issue of child support, the parties should proceed to trial expeditiously. Titone, J. P., Gibbons, Thompson and Rubin, JJ., concur.